IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HERMAN TEAGUE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) NO. CIV-20-441-C |
| | ) |
| SCOTT CROW, Director, et al., | ) |
| | ) |
| Respondents. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on June 24, 2020. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 18) of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed without prejudice. The motion for temporary restraining order and temporary and permanent injunction are denied. A judgment shall enter accordingly.

IT IS SO ORDERED this 22nd day of July, 2020.

ROBIN J. CAUTHRON
United States District Judge